# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WAYNE CARL THOMAS

NO. 2025 KW 0574

**AUGUST 18, 2025**

---

In Re: Wayne Carl Thomas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-10-0155.

---

**BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED.** The trial court is ordered to act on relator's "Amended Application for Postconviction Relief," filed April 17, 2024, on or before September 17, 2025, if it has not already done so. A copy of the trial court's action shall be filed in this court on or before September 24, 2025.

> PMc
> HG
> TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT